# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGAJANIAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE NAIC,<br><br>    Defendant. | Case No.  1:20-cv-00746-NONE-SAB<br><br>ORDER VACATING ALL DATES AND MATTERS AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 20) |

On January 26, 2021, a stipulation was filed dismissing this action without prejudice and with each party to bear its own costs and fees.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and

2. the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **January 26, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1